**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6532**

---

DARRYL ASMAR,

Plaintiff - Appellant,

versus

ROBIN CUFFY, Director Food Services, FCI
Morgantown; LESLIE R. BILOTTI, Cook Super-
visor, FCI Morgantown; BRENDA BARRETT, Health
Services Director, FCI Morgantown; WILLIAM
THOMPSON, Warden, FCI Morgantown,

Defendants - Appellees.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg. William M. Kidd, Senior District Judge. (CA-95-73-1)

---

Submitted: December 12, 1996          Decided: December 18, 1996

---

Before MURNAGHAN, NIEMEYER, and LUTTIG, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Darryl Asmar, Appellant Pro Se. Patrick Michael Flatley, Assistant United States Attorney, Daniel W. Dickinson, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his complaint brought under <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Asmar v. Cuffy</u>, No. CA-95-73-1 (N.D.W. Va. Mar. 22, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>